# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0498
LT Case No. 35-2003-CF-2008-A

_____

CHARLES RAMONE HULL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Charles Ramone Hull, Sneads, pro se.

No Appearance for Appellee.

June 2, 2026

PER CURIAM.

AFFIRMED. *See Maye v. State*, 2026 WL 1346031 (Fla. May 14, 2026).

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____